MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Celltrion, Inc. and Celltrion USA, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED LLC., <br><br> Plaintiffs, <br><br> v. <br><br> CELLTRION, INC. and CELLTRION USA, INC., <br><br> Defendants. | Honorable Christine P. O'Hearn, U.S.D.J. <br><br> Civil Action No. 24 CV 6497 (CPO)(EAP) <br><br> **DEFENDANT CELLTRION, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Celltrion, Inc. states that it is privately held and no public entity owns 10% or more of its stock.

MIDLIGE RICHTER LLC
*Attorneys for Defendants,*
*Celltrion, Inc. and Celltrion USA, Inc.*

By:   *s/ James S. Richter*
   James S. Richter
   jrichter@midlige-richter.com

Dated: July 11, 2024

**OF COUNSEL:**

Robert Cerwinski (*pro hac vice*)
Michael Cottler (*pro hac vice*)
Keith Zullow (*pro hac vice*)
Brigid Morris (*pro hac vice*)
Lora Green (*pro hac vice*)
GEMINI LAW LLP
40 W 24th Street Suite 6N
New York, New York 10010


Michael W. Johnson (*pro hac vice*)
Heather Schneider (*pro hac vice*)
Brian Frino (*pro hac vice*)
Alison Robins (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099