| | |
|---|---|
| Liza M. Walsh<br>Marc D. Haefner<br>Jessica K. Formichella<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>(973) 757-1100<br><br>*Attorneys for Amgen Inc. and*<br>*Amgen Manufacturing Limited LLC* | James S. Richter<br>MIDLIGE RICHTER, LLC<br>645 Martinsville Road<br>Basking Ridge, New Jersey 07920<br>(908) 626-0622<br><br>*Attorneys for Defendants*<br>*Celltrion, Inc. and Celltrion USA, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED LLC,<br><br>Plaintiffs,<br><br>CELLTRION, INC. and CELLTRION USA, INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-06497 (CPO-EAP)<br><br>**NOTICE OF JOINT OMNIBUS MOTION TO SEAL**<br><br>**RETURN DATE: DECEMBER 16, 2024**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on December 16, 2024, or as soon thereafter as counsel may be heard, Plaintiffs Amgen Inc. and Amgen Manufacturing Limited LLC (collectively, "Amgen") and Defendants Celltrion, Inc. and Celltrion USA, Inc., (collectively, "Celltrion") (Amgen and Celltrion collectively, "the parties"), shall move jointly pursuant to Local Civil Rule 5.3(c) before the Honorable Elizabeth A. Pascal, U.S.M.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey, for the entry of an Order sealing limited portions of the following:

1. Letter to the Hon. Elizabeth A. Pascal, U.S.M.J., dated September 27, 2024, with Exhibits A-I annexed thereto (D.E. 131);

2. Letter to the Hon. Christine P. O'Hearn, U.S.D.J., dated September 30, 2024 (D.E. 134);

3. Joint Status Report with Exhibits A-O annexed thereto, dated September 30, 2024 (D.E. 135);

4. Letter to the Hon. Christine P. O'Hearn, U.S.D.J., dated October 7, 2024 (D.E. 139);

5. Letter to the Hon. Christine P. O'Hearn, U.S.D.J., dated October 14, 2024 (D.E. 148);

6. Letter to the Hon. Elizabeth A. Pascal, U.S.M.J., dated October 16, 2024, with Exhibits P-S annexed thereto (D.E. 150);

7. Letter to the Hon. Elizabeth A. Pascal, U.S.M.J., dated October 17, 2024, with Exhibit T annexed thereto (D.E. 151);

8. Letter to the Hon. Christine P. O'Hearn, U.S.D.J., dated October 21, 2024 (D.E. 155); and

9. Transcript, dated October 18, 2024 (D.E. 158).

**PLEASE TAKE FURTHER NOTICE THAT** the parties shall rely upon the accompanying Declaration of Liza M. Walsh, counsel for Amgen, with the attached Index, the Declaration of James S. Richter with the attached Index, counsel for Celltrion, with the attached Index, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith. A proposed Order is also submitted for the Court's consideration.

Dated: November 13, 2024                                 Respectfully submitted,

*s/Liza M. Walsh*                                                 *s/James S. Richter*
Liza M. Walsh                                                      James S. Richter
Marc D. Haefner                                                  MIDLIGE RICHTER, LLC
Jessica K. Formichella                                        645 Martinsville Road
WALSH PIZZI O'REILLY FALANGA LLP      Basking Ridge, New Jersey 07920
Three Gateway Center                                     (908) 626-0622

100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

OF COUNSEL:
Steven J. Horowitz (*pro hac vice*)
Nathaniel C. Love (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000

Joshua J. Fougere (*pro hac vice*)
Jeffrey P. Kushan (*pro hac vice*)
Lauren Katzeff (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, D.C. 20005
(202) 736-8700

David L. Anderson (*pro hac vice*)
Sue Wang
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
(415) 772-1200

Samuel N. Tiu (*pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
(213) 896-6000

Michael D. Hatcher (*pro hac vice*)
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3300

Siegmund Y. Gutman (*pro hac vice*)
David M. Hanna (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067

OF COUNSEL:
Robert Cerwinski
Michael Cottler
Keith Zullow
Brigid Morris
Lora Green
GEMINI LAW LLP
40 W 24th Street, Suite 6N
New York, New York 10010
(9170 915-8832

Michael W. Johnson
Heather Schneider
Brian Frino
Alison Robins
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for Defendants*
*Celltrion, Inc. and Celltrion USA, Inc.*

(310) 586-3200

Wendy Whiteford (*pro hac vice*)
Steven Tang (*pro hac vice*)
C. Nichole Gifford (*pro hac vice*)
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

James High (*pro hac vice*)
AMGEN INC.
750 Gateway Blvd., St. 100 South
 San Francisco, CA 94080
(650) 244-2000

*Attorneys for Plaintiffs Amgen Inc. and Amgen Manufacturing Limited LLC*